619 A.2d 276

**Samuel C. HUTCHISON,**

v.

**Father Francis LUDDY, Bishop James Hogan, Monsignor Thomas Madden, Monsignor Roy F. Kline, Monsignor Paul Panza, Monsignor Ignatius Wadas, Diocese of Altoona–Johnstown, St. Mary's Catholic Church, Cardinal John Krol, and the Arch–Diocese of Philadelphia, Respondents.**

**Petition of The PITTSBURGH PRESS COMPANY, Petitioner–Intervenor.**

Supreme Court of Pennsylvania.

Aug. 22, 1991.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal of The Pittsburgh Press Company is GRANTED, limited to the issue of whether The Pittsburgh Press Company may intervene in this action for the limited purpose of opposing a motion to seal the record with respect to discovery.

In addition, the appeal of The Pittsburgh Press Company is hereby expedited for argument during the September 1991 session in Pittsburgh.

All other aspects of the Petition for Allowance of Appeal are hereby DENIED.